# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 466 - 5 | **DATE** | 6/26/2008 |
| **CASE TITLE** | USA vs. Robin Yancy | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant informed of her rights. Defendant pleads not guilty to each charge of each count of the Indictment. Rule 16.1 conference to be held by 08/01/08. Status hearing set for 08/27/08 at 9:15 a.m. In the interest of justice, the Government's oral motion to exclude time through and including 08/27/08 is granted pursuant to 18 U.S.C. § 3161(h)(8)(A)(B) without objection. The Government and defendant agree on conditions of release.  Enter Order Setting Conditions of Release. Defendant is ordered released after processing.      (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | maw |
|---|---|---|