# United States District Court

NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In the Matter of

**U.S.A. v. ROBIN YANCY**

Case Number: **08 CR 466**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

**Robin Yancy**

FILED
6-26-08
JUN 2 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| (A) | (B) |
|---|---|
| SIGNATURE: *Robert H. Aronson* | SIGNATURE: |
| NAME: Robert H. Aronson | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: 100 W. Monroe | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, IL 60603 | CITY/STATE/ZIP: |
| TELEPHONE NO.: 312-372-7123 | TELEPHONE NO.: |
| MEMBER OF TRIAL BAR? ☒ Yes ☐ No | MEMBER OF TRIAL BAR? ☐ Yes ☐ No |
| TRIAL ATTORNEY? ☒ Yes ☐ No | TRIAL ATTORNEY? ☐ Yes ☐ No |
| (C) | (D) |
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NO.: | TELEPHONE NO.: |
| MEMBER OF TRIAL BAR? ☐ Yes ☐ No | MEMBER OF TRIAL BAR? ☐ Yes ☐ No |
| TRIAL ATTORNEY? ☐ Yes ☐ No | TRIAL ATTORNEY? ☐ Yes ☐ No |

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE