

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 08 CR 466 |
| v, | ) |
| | ) Judge Der-Yaghiayan |
| ROBIN YANCY | ) |

FILED
AUG 2 5 2008 TC
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL FOR ROBIN YANCY**

Now comes Robert H. Aronson, attorney for Robin Yancy, and moves for leave to withdraw as counsel for Robin Yancy, and in support thereof, states:

1. Irreconcilable differences have arisen which make it impossible for Robert Aronson to continue representing Ms. Yancy.

2. Since the initial court appearance wherein Mr. Aronson filed his appearance on behalf on Ms. yancy, she has failed and refused to communicate with Mr. Aronson until on or about August 23rd.

3. On or about August 23rd, Ms. Yancy informed Mr. Aronson that she was without any funds with which to retain Mr. Aronson or any other private counsel. She stated that she would have no objection to Mr. Aronson withdrawing his appearance and would ask the Court to appoint new counsel on her behalf. She attempted to seek help from her family but was unable to secure their support.

WHEREFORE, Robert H. Aronson moves that this Honorable Court grant him leave to

withdraw as Robin Yancy's attorney and that this Court appoint counsel to represent her in this cause.

                                                                                                                                               */s/ Robert H. Aronson*  
                                                           Attorney For Robin Yancy

Robert H. Aronson  
100 West Monroe Street  
Suite 714  
Chicago, IL 60603  
(312) 372-7123

2.