UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 08 CR 466 |
| v, | ) |
| | ) Judge Der-Yaghiayan |
| ROBIN YANCY | ) |

TO: Joel Hammerman
     Assistant United States Attorney
     219 South Dearborn, Fifth Floor
     Chicago, IL 60602

**FILED**
AUG 2 5 2008 TC
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that on August 27, 2008 at 9:15 A.M. I shall appear before the Honorable Samuel Der-Yaghiayan in Room 1903 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois and there and then present Motion For Leave To Withdraw As Counsel For Robin Yancy a copy of which is attached and hereby served upon you.

*[signature]*
Attorney for Robin yancy

## CERTIFICATE OF SERVICE

     I, Robert H. Aronson, attorney, certify I served a copy of the within motion upon the above-named Assistant United States Attorney by personally delivering it to his office at 219 South Dearborn St., 5th Floor, Chicago, Illinois on the 25th day of August, 2008 before 5:00 P.M.

*[signature]*
Robert H. Aronson

Robert H. Aronson
100 West Monroe Street
Suite 714
Chicago, IL 60603
(312) 372-7123