## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 466-5 | **DATE** | 8/27/2008 |
| **CASE TITLE** | USA vs. Robin Yancy | | |

**DOCKET ENTRY TEXT**

Defendant's motion to withdraw as counsel for Defendant Robin Yancy [68] is granted. Robert H. Aronson is hereby given leave to withdraw as counsel for Defendant Robin Yancy. Federal Defender Panel attorney Nathan Diamond-Falk is hereby appointed to represent Defendant Robin Yancy.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|