M HW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

ROBIN YANCY

Case 08 CR-466

08 CR 466

**FILED**

AUG 27 2008

8-27-2008

Judge Samuel Der-Yeghiayan
U.S. District Court

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROBIN YANCY

| SIGNATURE | Nathan Diamond-Falk |
|---|---|
| FIRM | |
| STREET ADDRESS | 820 W. Jackson #310 |
| CITY/STATE/ZIP | Chicago, Illinois 60607 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 0629839 | (312) 466-9450 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |